# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    WARREN K FARLEY
    ROYAL A FARLEY
        Debtor(s)

Case No. 18-13310

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 05/07/2018.

2)  The plan was confirmed on  NA .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was dismissed on 02/06/2019.

6)  Number of months from filing to last payment: 0.

7)  Number of months case was pending: 11.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $16,093.05 |
| Less amount refunded to debtor | $12,913.67 |
| **NET RECEIPTS:** | **$3,179.38** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $679.38 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,179.38** |

Attorney fees paid and disclosed by debtor:     $1,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED MEDICAL IMAGING CEN | Unsecured | 326.46 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH & HOSPITALS ( | Unsecured | 129.73 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 45.99 | NA | NA | 0.00 | 0.00 |
| AIS DATA SERVICES LP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AIS DATA SERVICES LP | Secured | 2,400.00 | NA | 2,400.00 | 0.00 | 0.00 |
| ALLSTATE INSURANCE CO | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| ALLTRAN FINANCIAL LP | Unsecured | 1,921.11 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 6,650.00 | 9,719.64 | 9,719.64 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Unsecured | 3,445.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | NA | 20,992.36 | 0.00 | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 196.45 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH | Unsecured | 2,272.00 | 1,921.11 | 1,921.11 | 0.00 | 0.00 |
| CACH | Unsecured | 10,568.32 | 6,095.86 | 6,095.86 | 0.00 | 0.00 |
| CARRINGTON MORGAGE SERV | Unsecured | 13,479.48 | NA | NA | 0.00 | 0.00 |
| CARRINGTON MORGAGE SERV | Secured | NA | 21,663.94 | 21,663.94 | 0.00 | 0.00 |
| CARRINGTON MORGAGE SERV | Secured | 75,000.00 | 169,948.10 | 191,612.04 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD NA | Unsecured | 9,724.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 146.40 | 598.57 | 598.57 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 983.92 | 1,008.70 | 1,008.70 | 0.00 | 0.00 |
| COOK COUNTY DEPT OF REVENUE | Unsecured | 178.20 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE EDUCATION LOAN S | Unsecured | 0.00 | 5,054.79 | 5,054.79 | 0.00 | 0.00 |
| CREDIT CONTROL LLC | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| CVI SGP CP ACQUISITION TRUST | Unsecured | 6,135.00 | 6,425.76 | 6,425.76 | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 1,303.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 1,640.45 | NA | NA | 0.00 | 0.00 |
| EZ TERMS AUTO FIN LLC | Unsecured | 1,764.68 | NA | NA | 0.00 | 0.00 |
| FAMSA INC | Unsecured | 2,160.00 | NA | NA | 0.00 | 0.00 |
| First Fed Credit & Col | Unsecured | 3,423.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 5,000.00 | 1,097.97 | 1,097.97 | 0.00 | 0.00 |
| GM FINANCIAL | Secured | 5,000.00 | 10,250.00 | 5,000.00 | 0.00 | 0.00 |
| GROVE DENTAL ASSOCIATES PC | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| HC PROCESSING CENTER | Unsecured | 977.63 | 1,079.34 | 1,079.34 | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 3,000.00 | 6,747.23 | 6,747.23 | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | NA | NA | NA | 0.00 | 0.00 |
| Hi-style Fur | Unsecured | 2,840.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 138.45 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 138.45 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 54.99 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 424.91 | 238.53 | 238.53 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 2,112.52 | 2,589.31 | 2,589.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,100.39 | 1,509.37 | 1,509.37 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,411.63 | 8,632.75 | 8,632.75 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 465.18 | 585.45 | 585.45 | 0.00 | 0.00 |
| JRSI | Unsecured | 4,508.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 395.50 | 571.34 | 571.34 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 486.32 | 1,323.65 | 1,323.65 | 0.00 | 0.00 |
| MAGE & PRICE | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND ORTHOPEDIC ASSOCIATE | Unsecured | 118.50 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTIONS | Unsecured | 786.00 | 786.14 | 786.14 | 0.00 | 0.00 |
| NCEP LLC | Secured | NA | 2,610.20 | 2,610.20 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,028.00 | 944.55 | 944.55 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | NA | 1,345.59 | 1,345.59 | 0.00 | 0.00 |
| ONPOINT FINANCIAL CORPORATION | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| ONPOINT FINANCIAL CORPORATION | Secured | 1,725.00 | NA | 1,725.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,343.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,278.00 | 1,841.16 | 1,841.16 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 379.48 | 601.31 | 601.31 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 655.21 | 788.69 | 788.69 | 0.00 | 0.00 |
| PTSIR | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 6,895.36 | 6,895.36 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 972.00 | 1,153.54 | 1,153.54 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 935.14 | 1,164.97 | 1,164.97 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 191.79 | 361.99 | 361.99 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 455.00 | 3,387.08 | 3,387.08 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 831.00 | 1,178.32 | 1,178.32 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,336.20 | 1,561.05 | 1,561.05 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 571.00 | 726.40 | 726.40 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 80.00 | 198.27 | 198.27 | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY ONE | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 266.20 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SIR FINANCE | Unsecured | 2,518.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,091.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 288.40 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 291.40 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 3,702.50 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,124.20 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 4,104.50 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 7,202.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 539.50 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Priority | 2,911.90 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 8,654.10 | 102,431.72 | 102,431.72 | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 176.64 | 473.23 | 473.23 | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 291.94 | 675.34 | 675.34 | 0.00 | 0.00 |
| THE ROOMPLACE | Unsecured | 6,422.82 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1,325.00 | 1,640.45 | 1,640.45 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | 1,121.92 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | 935.00 | 836.92 | 836.92 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Secured | NA | 285.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF HUD | Secured | NA | 24,840.20 | 24,840.20 | 0.00 | 0.00 |
| VILLAGE OF CRESTWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CRESTWOOD | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CRESTWOOD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $216,452.24 | $0.00 | $0.00 |
| Mortgage Arrearage | $21,663.94 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,844.64 | $0.00 | $0.00 |
| All Other Secured | $2,610.20 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$259,571.02** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,871.28 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$8,871.28** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$165,600.53** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,179.38 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,179.38** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/03/2019                    By: /s/ Tom Vaughn

                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**